

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00050-CV
_____

IN THE MATTER OF THE MARRIAGE OF
ALICIA HERNANDEZ AND GUSTAVO HERNANDEZ
AND IN THE INTEREST OF A.H., A CHILD

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. FA-21-45460

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Gustavo Hernandez, appellant, filed a notice of appeal in this matter on June 9, 2023. Appellant has not filed a docketing statement in accordance with Rule 32.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 32.1. Further, appellant has not tendered the mandatory $205.00 filing fee associated with the appeal, *see* TEX. R. APP. P. 5, and has not filed proof of indigency in lieu of a filing fee, *see* TEX. R. APP. P. 20.1.

"A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just." TEX. R. APP. P. 5.

By letter dated July 6, 2023, we provided appellant with notice of and an opportunity to cure these defects. *See* TEX. R. APP. P. 42.3(b), (c). The clerk's letter further warned appellant that, if he did not submit an adequate response to the notice by July 17, 2023, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Appellant did not file a docketing statement, did not pay the mandatory filing fee, and did not file proof of indigency in lieu of a filing fee. Further, we have received no communication from appellant responsive to the July 6 correspondence. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rule 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.

                                        Scott E. Stevens
                                        Chief Justice

Date Submitted:     July 24, 2023
Date Decided:       July 25, 2023